**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 25-2517**

———————————

In re: JONATHAN SHANE STAMPER,

         Petitioner.

———————————

On Petition for Writ of Mandamus to the United States District Court for the Western District of North Carolina, at Charlotte.  (3:20-cr-00295-FDW-DCK-1)

———————————

Submitted:  March 13, 2026                       Decided:  May 15, 2026

———————————

Before KING, AGEE, and BENJAMIN, Circuit Judges.

———————————

Petition denied by unpublished per curiam opinion.

———————————

Jonathan Shane Stamper, Petitioner Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jonathan Shane Stamper petitions for a writ of mandamus, alleging unreasonable delay by the district court in acting on his motion for reconsideration of the court's order denying his motion for compassionate release. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court denied Stamper's reconsideration motion on February 26, 2026. Accordingly, because the district court has recently ruled on Stamper's motion, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*